**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 30 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10378 |
| Plaintiff-Appellee, | D.C. No. 3:16-cr-00062-RCJ-VPC-1 |
| v. | |
| AL CHRISTOPHER BRAXTON ALLEN, AKA Al Braxton Allen, AKA Christopher Braxton Allen, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Robert C. Jones, District Judge, Presiding

Submitted October 26, 2020[**]

Before:    McKEOWN, RAWLINSON, and FRIEDLAND, Circuit Judges.

Al Christopher Braxton Allen appeals from the district court's judgment and

challenges his guilty-plea conviction and 102-month sentence for using a firearm

during and in relation to a crime of violence, in violation of 18 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 924(c)(1)(A)(ii).  We dismiss.

Allen contends that his conviction and sentence are illegal because Hobbs Act robbery under 18 U.S.C. § 1951 does not qualify as a crime of violence under § 924(c)(3)(A).  The government argues that this appeal should be dismissed based on the appeal waiver contained in the plea agreement.  We review de novo both the enforceability of an appeal waiver, *see United States v. Watson*, 582 F.3d 974, 981 (9th Cir. 2009), and whether a conviction is a crime of violence under 18 U.S.C. § 924(c)(3), *see United States v. Dominguez*, 954 F.3d 1251, 1256 (9th Cir. 2020).

Contrary to Allen's contention, Hobbs Act robbery qualifies as a crime of violence under the elements clause in § 924(c)(3)(A).  *See Dominguez*, 954 F.3d at 1260-61.  Accordingly, Allen's conviction and sentence are not illegal, and we dismiss pursuant to the valid appeal waiver.  *See Watson*, 582 F.3d at 988.

**DISMISSED.**